votes cast at the election had been completed, and the recount had become merged in the final official tabulation, as certified by the County Return Board. The only procedure then for questioning the ultimate result was an election contest, and such the appellant did not institute. The court below should, therefore, have dismissed the petition, out of hand, as being *coram non judice,* instead of disposing of the appellant's complaints on the merits. In any event, the present appeal does not raise a justiciable question and is accordingly dismissed.

## Walker Appeal.

Argued March 18, 1960. Before JONES, C. J., MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Chad L. John,* for appellants.

*Edwin B. Goldsmith,* with him *Richard F. Maize,* for appellee.

OPINION PER CURIAM, April 18, 1960:
Order of the court below affirmed.